# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JANICE HASS**                                                                                           **PLAINTIFF**

**v.**                         **Case No. 4:14-cv-00442-KGB**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
A Delaware Corporation                                                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Janice Hass's motion for dismissal with prejudice (Dkt. No. 2). For good cause shown, the Court grants the motion and dismisses this action with prejudice.

SO ORDERED this 18th day of June, 2015.

_____
Kristine G. Baker
United States District Judge